FILED

06/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0575

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0575

_____

IN THE MATTER OF:

B.L.,                                                    O R D E R

        A Youth in Need of Care.


_____


        Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

        The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 8 2022